UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. FARHAT,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>Defendants. | Case No. 18-05559 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On September 11, 2018, Plaintiff, a California state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.[1] Plaintiff also filed an *In Forma Pauperis* ("IFP") Application, which was insufficient because he did not submit a Certificate of Funds in Prisoner's Account completed by an authorized prison official and a prisoner trust account statement showing transactions for the last six months. (Docket No. 2.) Therefore on the same day, the Clerk sent Plaintiff a notice informing him that he must either provide the necessary supporting documents or pay the filing fee within twenty-eight days or else the case would be dismissed. (Docket No. 3.) On October 2, 2018, Plaintiff filed another IFP application with is against deficient for lack of supporting

---

[1] This matter was reassigned to this Court on October 10, 2018. (Docket Nos. 7 & 8.)

documentation. (Docket No. 5.)

In the interest of justice, Plaintiff shall be granted a final opportunity to either pay the filing fee or file the necessary documents to support the IFP application filed. Plaintiff shall file necessary documents **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to respond in accordance with this order in the time provided shall result in the dismissal of this action for failure to pay the filing fee with no further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: OCTOBER 23, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP App.
P:\PRO-SE\BLF\CR.18\05559Farhat_eot-ifp.docx

2