UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMOR FARHAT,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>Defendants. | Case No. 18-05559 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a pretrial detainee, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983.[1] On January 22, 2019, the Court dismissed Plaintiff's complaint with leave to file an amended complaint within twenty-eight days, i.e., no later than February 19, 2019. (Docket No. 17.) Plaintiff was advised that failure to respond in accordance with the Court's order in the time provided would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (*Id.* at 5.)

The deadline has passed, and Plaintiff has failed to file an amended complaint or have any further communication with the Court. Accordingly, this case is dismissed without prejudice.

---

[1] On October 10, 2018, the case was reassigned to this Court. (Docket No. 8.)

**IT IS SO ORDERED.**

Dated: March 6, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.18\05559Farhat_dism-ac.docx