UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMOR FARHAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 18-05559 BLF (PR)<br><br>**JUDGMENT** |

　　　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

　　　　The Clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: March 6, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\05559Farhat_judg.docx